UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA,
　Plaintiff,

v.                                                                NO. 6:26-CR-022-01-H

IGNACIO LOPEZ-CENICEROS,
　Defendant.

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry

of a Plea of Guilty, the Consent of the Defendant, the Report and Recommendation

Concerning Plea of Guilty of the United States Magistrate Judge, and the Defendant's

Waiver of 14-Day Objection Period for Plea Before a U.S. Magistrate Judge, the

undersigned District Judge is of the opinion that the Report and Recommendation of the

Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the

Court.  Accordingly, the Court accepts the plea of guilty and Defendant is hereby adjudged

guilty.

Sentence will be imposed in accordance with the Court's scheduling order.

SO ORDERED.

Dated July 27, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE